United States Bankruptcy Court
Southern District of Florida

In re:                                                                        Case No. 23-18254-CLC
Eva N Lopez                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1              User: admin                      Page 1 of 2
Date Rcvd: Nov 13, 2023          Form ID: CGFD65             Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Eva N Lopez, 8255 NW Miami Ct #217, Miami, FL 33150-3064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: OGCBankruptcy@floridarevenue.com | Nov 14 2023 01:53:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 97113564 | + | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 02:11:38 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 97113565 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2023 01:53:00 | Bank of America, 4060 Ogletown Stanton Rd, DE5-019-03-07, Newark, DE 19713 |
| 97113566 | + | Email/Text: bankruptcy@cavps.com | Nov 14 2023 01:55:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Ste. 4A, Valhalla, NY 10595-2323 |
| 97113567 | | Email/Text: mrdiscen@discover.com | Nov 14 2023 01:54:00 | Discover Bank, PO Box 15316, ATT: CMS/PROD DEVELOP, Wilmington, DE 19850 |
| 97113568 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 14 2023 01:54:00 | FB&T/MERCURY, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 97113569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2023 01:55:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 97113570 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2023 02:36:18 | JPMCB Card Services, 301 N. Walnut Street Floor 09, Wilmington, DE 19801 |
| 97113571 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2023 02:12:08 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 97113572 | + | Email/Text: info@mandarichlaw.com | Nov 14 2023 01:54:00 | Mandarich Law Group, PO Box 952289, Lake Mary, FL 32795-2289 |
| 97113573 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2023 02:11:42 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 199, Norfolk, VA 23502 |
| 97113575 | + | Email/Text: newbk@Regions.com | Nov 14 2023 01:55:00 | Regions Bank, PO Box 11007, Birmingham, AL 35202-1007 |
| 97113574 | + | Email/Text: newbk@Regions.com | Nov 14 2023 01:55:00 | Regions Bank, 2050 Parkway Office Circle, Birmingham, AL 35244-1805 |
| 97113576 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2023 02:13:07 | SYNCB/WALMART, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Barry E Mukamal | bemtrustee@kapilamukamal.com  FL64@ecfcbis.com |
| Jose Sabatier | on behalf of Debtor Eva N Lopez jsabatier@legalservicesmiami.org  crodriguez@legalservicesmiami.org |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFD65 (10/01/16)



**ORDERED in the Southern District of Florida on November 10, 2023**

**Corali Lopez–Castro**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23–18254–CLC**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Eva N Lopez
8255 NW Miami Ct #217
Miami, FL 33150

SSN: xxx–xx–6359

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1.  This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2.  If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3.  Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4.  Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*